UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAWK TECHNOLOGY SYSTEMS, LLC,

    Plaintiff,

v.

KWIK TRIP, INC.,

    Defendant.

Case No. 14-cv-486

**JOINT STIPULATION FOR THIRD EXTENSION OF TIME FOR DEFENDANT KWIK TRIP, INC. TO ANSWER OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED by and between Plaintiff Hawk Technology Systems, LLC, by their attorneys Schulz Law, P.C., and Defendant Kwik Trip, Inc., by their attorneys Foley & Lardner LLP, that Defendant shall have until October 17, 2014 to serve and file an answer or other response to Plaintiff's Complaint in this action. The Parties continue to engage in settlement discussions and this extension of time will facilitate those discussions.

Dated this 10th day of October, 2014.

s/Jeffrey A. Simmons
Jeffrey A. Simmons (WI Bar No. 1031984)
**FOLEY & LARDNER LLP**
150 E. Gilman Street
P.O. Box 1497
Madison, WI  53701-1497
(608) 257-5035 (telephone)
(608) 258-4258 (facsimile)

*Attorneys for Defendant Kwik Trip, Inc.*

2

Dated this 10th day of October, 2014.

s/Mary Katherine Schulz
Mary Katherine Schulz
**SCHULZ LAW, P.C.**
1144 E. State Street, Suite A260
Geneva, IL  60134
(224) 535-9510 (telephone)
(224) 535-9501 (facsimile)

*Attorneys for Plaintiff Hawk Technology Systems, LLC*
